THE PEOPLE OF THE STATE OF NEW YORK ex rel. 58 IRVING PLACE CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.— Order, so far as appealed from, modified by reducing the valuation of the relator's unimproved property for the tax years 1941–42, and 1942–43, as follows:

1941–42

| | |
|---|---|
| Lot 19 | $32,000 |
| Lot 24 | 15,000 |
| Lot 48 | 32,000 |
| Lot 53 | 125,000 |
| Lot 55 | 32,000 |
| | $236,000 |

1942–43

| | |
|---|---|
| Lot 19 | $225,000 |

As so modified, the order is affirmed, with twenty dollars costs and disbursements to the relator-appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to affirm. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.— After giving due consideration to all the relevant factors in the record we are of the opinion that the assessments should be further reduced to the following amounts:

| | Land | Building | Total |
|---|---|---|---|
| 1941–42 | $180,000 | $700,000 | $880,000 |
| 1942–43 | 180,000 | 685,000 | 865,000 |

Order, so far as appealed from, unanimously modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.— After considering the evidence and all factors relevant, we are of the opinion that the court's values on the buildings should be affirmed but that the values on the land should be further reduced, and find the proper values for 1942–43 as follows: Lot 14, land $420,000, building $90,000, total $510,000; Lot 15, land $143,000, building $40,000, total $183,000; Lot 16, land $163,000, building $15,000, total $178,000. Order, so far as appealed from, unanimously modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

FREDERIC FIRMENICH et al., Copartners Doing Business under the Name of FIRMENICH & Co., Appellants, v. BAKER & WILLIAMS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.